UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BREINDEL STARK,

                Plaintiff,                21 **CIVIL** 8868 (VB)

    -against-                      **JUDGMENT**

AFNI, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 16, 2023, Defendant's motion for summary judgment is GRANTED. Plaintiff's cross-motion for summary judgment is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
         August 17, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                     **BY:**

                                                  **Deputy Clerk**